■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO GUTIERREZ, Appellant.

The aforesaid modification is warranted in the interest of justice. Mollen, P. J., Titone, Weinstein and Lawrence, JJ., concur.